1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney

2  BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MICHELLE BAZU (CABN 266964)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       michelle.bazu@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            OAKLAND DIVISION

13  UNITED STATES OF AMERICA,           )  Case No.: CR 17-00165 JST
                                        )
14         Plaintiff,                   )  **STIPULATION AND [PROPOSED] ORDER**
                                        )  **EXCLUDING TIME FROM APRIL 28, 2017 TO**
15     v.                               )  **JUNE 16, 2017**
                                        )
16  JABARI GAMBA MACKEY,                )
                                        )
17         Defendant.                   )
                                        )
18
19
20      On April 28, 2017, the defendant, Jabari Gamba Mackey, represented by John Paul Reichmuth,

21  Assistant Federal Public Defender, and the government, represented by Michelle Bazu, Assistant United

22  States Attorney, appeared before the Honorable Jon S. Tigar for a status hearing. The matter was

23  continued to June 16, 2017, at 9:30 a.m. to set further proceedings.

24      The parties agree to exclude the time between April 28, 2017 and June 16, 2017 from the time in

25  which the defendant must be brought to trial pursuant to the Speedy Trial Act, 18 U.S.C. § 3131 *et al*.

26  The government has produced discovery, including multiple CDs, on April 17, 2017. Defense counsel

27  continues to review the discovery, conduct further investigation and research, and will need additional

28  time to discuss the discovery and the case with the defendant. Therefore, the parties agree that the time

period of April 28, 2017 and June 16, 2017, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv) on the basis that the ends of justice served by the continuance outweigh the best interests of the public and defendant in a speedy trial, and failing to exclude this time would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: April 28, 2017 /s/
John Paul Reichmuth
Counsel for Jabari Gamba Mackey

DATED: April 28, 2017 /s/
MICHELLE BAZU
Assistant United States Attorney

STIPULATION AND PROPOSED ORDER EXCLUDING TIME
CR 17--00165 JST

# ORDER

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time between from April 28, 2017 through June 16, 2017 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 28, 2017 through June 16, 2017 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, **IT IS HEREBY ORDERED** that the time from April 28, 2017 through June 16, 2017 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: May 1, 2017

_____
HONORABLE JON S. TIGAR
United States District Judge