| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California<br>JOHN PAUL REICHMUTH<br>Assistant Federal Public Defender<br>13th Floor Federal Building - Suite 1350N<br>1301 Clay Street<br>Oakland, CA 94612<br>Telephone:  (510) 637-3500<br>Facsimile:    (510) 637-3507<br>Email:          John_Reichmuth@fd.org<br><br>Counsel for Defendant MACKEY |

**FILED**

Mar 08 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JABARI MACKEY,<br><br>    Defendant. | Case No.: CR 17–165 JST<br><br>**STIPULATION AND [PROPOSED]<br>ORDER OF RELEASE ON MARCH 9,<br>2021 BY 12 P.M. (NOON).** |

Following a hearing on this mater in which March 9, 2021 placement of Mr. Mackey at New Bridge Foundation was ordered, pending submission of a release order addressing the specifics of release and transportation to New Bridge, IT IS HEREBY STIPULATED, by and between the parties to this action, that Mr. Mackey be **RELEASED on Tuesday March 9, 2021, prior to 12:00 PM**, from the custody of the United States Marshals Service, whereupon he shall immediately contact his Probation Officer at a number that shall be provided to him by counsel.  Upon contact, the United States Probation Officer shall furnish Mr. Mackey transportation by commercial rideshare service directly to the New Bridge Foundation, where Mr. Mackey shall remain and abide by the terms of release set forth

STIP. AND [PROPOSED] ORDER TO CONTINUE

1

by the Court at the hearing on this matter.

DATED: March 8, 2021  _____/S/_____
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
Counsel for Jabari Mackey

DATED: March 8, 2021  _____/S/_____
ANNA NGUYEN
Special Assistant United States Attorney

### [~~PROPOSED~~] ORDER

Based on the reasons provided in the stipulation of the parties above,

IT IS HEREBY ORDERED that Mr. Mackey be RELEASED on Tuesday March 9, 2021, prior to 12:00 PM, from the custody of the United States Marshals Service, whereupon he shall immediately contact his Probation Officer at a number that shall be provided to him by counsel. Upon contact, the United States Probation Officer shall furnish Mr. Mackey transportation by commercial rideshare service directly to the New Bridge Foundation, where Mr. Mackey shall remain and abide by the terms of release set forth by the Court at the hearing on this matter.

IT IS SO ORDERED.

DATED: March 8, 2021  _____
Hon. Susan van Keulen
United States Magistrate Judge