1  GEOFFREY HANSEN
   Acting Federal Public Defender
2  Northern District of California
   JOHN PAUL REICHMUTH
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone: (510) 637-3500
6  Facsimile: (510) 637-3507
   Email: John_Reichmuth@fd.org
7

8  Counsel for Defendant MACKEY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 17–165 JST |
| Plaintiff, | **ORDER OF RELEASE** |
| v. | |
| JABARI MACKEY, | |
| Defendant. | |

Following a hearing on this mater, and with the agreement of the parties and the Probation Officer,

IT IS HEREBY ORDERED that Mr. Mackey be RELEASED on Monday, May 24, 2021, prior to 12:00 PM, from the custody of the United States Marshals Service, whereupon he shall immediately contact his Probation Officer at the number provided to him. Upon contact, the United States Probation Officer shall furnish Mr. Mackey transportation by commercial rideshare service directly to the New Bridge Foundation, where Mr. Mackey shall remain for 90 days and abide by the terms of release set forth by the Court at the hearing on this matter.

//

IT IS SO ORDERED.

DATED: May 18, 2021

_____
Hon. KANDIS A. WESTMORE
United States Magistrate Judge